# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO:  Counsel of Record

FROM:  Judge Roger W. Titus

RE:  *USA v. Rachad Eugene Mitchell*  
Criminal No. RWT-11-0640

DATE:  April 18, 2016

\* \* \* \* \* \* \* \* \*

At the request of the parties, the violation of supervised release hearing currently scheduled for April 19, 2016 is hereby **RESCHEDULED** to **June 20, 2016 at 4:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge